**Abdul AZIZ, Plaintiff–Appellant,**

v.

**BOARD OF DIRECTORS OF the STATE COLLEGE SYSTEM OF WEST VIRGINIA, Defendant–Appellee,**

**and**

**Bluefield State College, Defendant.**

No. 00–2110.

United States Court of Appeals, Fourth Circuit.

Submitted Dec. 15, 2000.

Decided Jan. 12, 2001.

Abdul Aziz, pro se.  Kenneth Neil Hickox, Jr., Charles R. Bailey, Bailey & Wyant, P.L.L.C., Charleston, WV, for appellee.

Before LUTTIG, WILLIAMS, and KING, Circuit Judges.

PER CURIAM.

Abdul Aziz appeals the district court's denial of a post-judgment motion Aziz filed pursuant to Fed.R.Civ.P. 60(b).  The district court originally granted summary judgment to defendant in this action; this court affirmed that decision.  *Aziz v. Board of Directors of the State College Sys. of W.Va.,* No. 99–1502, 1999 WL 734763 (4th Cir. Sept.21, 1999) (unpublished), *cert. denied,* 529 U.S. 1004, 120 S.Ct. 1268, 146 L.Ed.2d 218 (2000).

We review denial of a Rule 60(b) motion for abuse of discretion.  *Eberhardt v. Integrated Design & Constr., Inc.,* 167 F.3d 861, 869 (4th Cir.1999).  A Rule 60(b) motion is not a substitute for appeal.  *In re Burnley,* 988 F.2d 1, 3 (4th Cir.1992).  Having reviewed the district court's order denying the motion, we conclude that the court did not abuse its discretion in denying the requested relief.  Therefore, we affirm the district court's order.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*